```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 13782
   VINCENT MALDONADO JR
   BRENDA Y MALDONADO                        CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-5346    SSN XXX-XX-1674

------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 07/31/2007 and was confirmed 09/19/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was converted to chapter 7 after confirmation 03/12/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------
AMERICAS SERVICING COMPA CURRENT MORTG         .00              .00            .00
AMERICAS SERVICING COMPA MORTGAGE ARRE         .00              .00            .00
NATIONWIDE ACCEPTANCE~   SECURED VEHIC     2562.00            81.94         289.07
NATIONWIDE ACCEPTANCE~   UNSECURED          10.55              .00            .00
ECAST SETTLEMENT CORP    UNSECURED         6928.04              .00            .00
B-REAL LLC               UNSECURED         2165.87              .00            .00
DISCOVER FINANCIAL SERVI UNSECURED         6880.51              .00            .00
FIFTH THIRD BANK         UNSECURED         2806.17              .00            .00
ECAST SETTLEMENT CORP    UNSECURED        12607.00              .00            .00
ECAST SETTLEMENT CORP    UNSECURED         5817.29              .00            .00
AMERICAS SERVICING COMPA NOTICE ONLY     NOT FILED              .00            .00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY      3,463.00                         2,606.58
TOM VAUGHN               TRUSTEE                                             214.86
DEBTOR REFUND            REFUND                                              207.69

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE             3,400.14

PRIORITY                                         .00
SECURED                                       289.07
   INTEREST                                    81.94
UNSECURED                                        .00
ADMINISTRATIVE                              2,606.58
TRUSTEE COMPENSATION                          214.86
DEBTOR REFUND                                 207.69
                                          --------------
TOTALS              3,400.14                3,400.14


               PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 07 B 13782 VINCENT MALDONADO JR & BRENDA Y MALDONADO
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 01/28/09                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```